FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOSE CARLOS MENDOZA SANCHEZ (aka "Carteezy") and ROBERTO VALENCIA VALDEZ,<br><br>　　Defendants. | No. 4:23-CV-06027-SAB-3<br>　　4:23-CR-06027-SAB-4<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER** |

　　Before the Court is the United States' Motion for Protective Order, ECF No. 68. The motion was heard without oral argument. Defendant Jose Carlos Mendoza Sanchez is represented by Julia Van Wingerden and Nick Mirr. Defendant Roberto Valencia Valdez is represented by Ricardo Hernandez and Norma Barajas. The United States is represented by Caitlin Baunsgard and Stephanie Van Marter.

　　The United States asks the Court to issue a Protective Order that covers the dissemination of all discovery. It indicates Defendants do not oppose its motion.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. The United States' Motion for Protective Order, ECF No. 68, is **GRANTED**.

//

**ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER ~ 1**

2. The Court enters the following Protective Order:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Discovery materials that contain the voice or image of a confidential source will be made available for defense counsels' review at the United States Attorney's Office.  Until further Order of the Court, those materials may not be shown to the Defendants or left in a Defendants' custody however, counsel may discuss the content(s) of those materials with their client;

3. Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

4. Defense counsel may show to, and discuss with the Defendants, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

5. Defense counsel shall not provide original or copies of discovery materials to the Defendants;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

//
//
//
//
//
//

**ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER ~ 2**

7. The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 4:23-CR-6027-SAB; provided however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 2nd day of October 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER ~ 3**