1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
   Stephanie Van Marter
3  Caitlin Baunsgard
   Assistant United States Attorneys
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2023

SEAN F. McAVOY, CLERK

6            UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF WASHINGTON
7

8  | UNITED STATES OF AMERICA, | Case No.: 4:23-CR-6027-SAB |
   |---|---|
9  | Plaintiff, | SUPERSEDING INDICTMENT |
10 | v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846 |
11 | [REDACTED] | Conspiracy to Distribute 5 Kilograms or More of Cocaine (Count 1) |
12 | JUAN CARDENAS VALDOVINOS (a/k/a "Duvalin"), | 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii) |
13 | JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), and | Possession with the Intent to Distribute 500 Grams or More of Cocaine |
14 | ROBERTO VALENCIA VALDEZ, | (Count 2) |
15 | Defendants. | |
16 | | 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) |
17 | | Alien in Possession of a Firearm |
18 | | (Count 3) |
19 | | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) |
20 | | Forfeiture Allegations |
21 | | |

SUPERSEDING INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by January 2022, and continuing until on or about September 14, 2023, in the Eastern District of Washington and elsewhere, the Defendants, ███████████████████████ JUAN CARDENAS VALDOVINOS (a/k/a "Duvalin"), JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), and ROBERTO VALENCIA VALDEZ, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: Distribution of 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846.

## COUNT 2

On or about August 3, 2023, in the Eastern District of Washington, the Defendant, ███████████████████████ did knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii).

## COUNT 3

On or about August 18, 2023, in the Eastern District of Washington, the Defendant, JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), knowing

SUPERSEDING INDICTMENT – 2

that he was an alien illegally and unlawfully in the United States did knowingly possess a firearm, that is, a Glock 19 9mm handgun bearing serial number ABPP961, which firearm had theretofore been shipped and transported in interstate and foreign commerce; in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Superseding Indictment, Defendants, ███ ███████████████████████████, JUAN CARDENAS VALDOVINOS (a/k/a "Duvalin"), JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), and ROBERTO VALENCIA VALDEZ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

The assets to be forfeited include, but are not limited to:

<u>Defendant ████████████████████████████ (Counts 1 and 2)</u>

- $44,000.00 U.S. currency seized on or about August 3, 2023; and,
- $9,773.00 U.S. currency seized on or about September 7, 2023.

SUPERSEDING INDICTMENT – 3

Defendant JUAN CARDENAS VALDOVINOS (a/k/a "Duvalin") (Count 1)

- $12,400.00 U.S. currency seized on or about September 7, 2023;

- Eagle Arms, Model Eagle-15, bearing serial number M22-14674, a loaded magazine and two (2) empty magazines;

- a .22 Cricket rifle, bearing serial number 156694, with scope, strap and light and loaded twelve (12) rounds of ammunition;

- an Interarms .22 caliber rifle, Model #22 ATD, bearing serial number 203750;

- one (1) box of American Eagle .380 auto ammunition; and,

- one (1) box of Sig Sauer .380 auto ammunition.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5), (A), 924(a)(8), Alien in

SUPERSEDING INDICTMENT – 4

Possession of a Firearm, as set forth in Count 3 of this Superseding Indictment, the Defendant, JOSE CARLOS MENDOZA SANCHEZ (a/k/a "Carteezy"), shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Glock 19 9mm handgun bearing serial number ABPP961

DATED this _____ day of December 2023.

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

*[signature: Caitlin Baunsgard]*
Caitlin Baunsgard
Assistant United States Attorney

SUPERSEDING INDICTMENT – 5