FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# SUPERSEDING CHARGES AND PENALTIES

Dec 05, 2023

SEAN F. McAVOY, CLERK

**CASE NAME:** ROBERTO VALENCIA VALDEZ  **CASE NO.** __4:23-cr-06027-SAB-4_____

TOTAL # OF COUNTS: __1___        ☒ FELONY        ☐ MISDEMEANOR        ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846 | Conspiracy to Distribute 5 Kilograms or More of Cocaine | CAG minimum of 10 years and a maximum of life imprisonment, $10,000,000 fine, or both; not less than 5 years and up to life supervised release; a $100.00 special assessment, deportation, and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C § 2461(c) | Forfeiture | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |