# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN CARDENAS VALDOVINOS (2),<br>JOSE CARLOS MENDOZA SANCHEZ (3),<br>ROBERTO VALENCIA VALDEZ (4),<br><br>　　　　　　　　Defendants. | Case No. 4:23-CR-6027-RLP-2,3,4<br><br>CRIMINAL MINUTES<br><br>DATE:　3/14/2025<br><br>LOCATION:　Video Conference<br><br>STATUS CONFERENCE |

**JUDGE REBECCA L. PENNELL**

| Linda Hansen | Not required | Marilynn McMartin |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** / **Interpreter** | **Court Reporter** |
| Stephanie Van Marter / Caitlin Baunsgard | | Richard Smith (2)<br>Nick Mirr (3)<br>Ricardo Hernandez (4) |
| **Government Counsel** | | **Defense Counsel** |

[ X ] Open Court　　　　　　　　　　　　　[ ] Probation:

Counsel are present via video conference. The Court did not require the presence of the Defendants at this status conference.

The Court and counsel discuss the evidentiary hearing currently set for Wednesday, March 19, 2025, in Richland. Ms. Van Marter advised that one of her witnesses, Lieutenant Overton, is not available for the hearing as he was subpoenaed to testify in another matter in Arkansas. The Government would like to proceed with witnesses Officer Bratton and Officer Escamia who are able to be present. Mr. Smith addressed the Court. The Court will allow the defense expert to attend the hearing on Wednesday via video conference in order to observe the testimony of Officer Bratton.

The Court will proceed with the hearing on March 19th with the two officers; and schedule a second hearing with Lieutenant Overton, the defense expert witness and any rebuttal witness identified by the Government. Counsel are directed to confer and contact the courtroom deputy to schedule the second hearing.

Mr. Smith addressed the Court regarding his discovery request regarding any text messages regarding the photograph. Ms. Van Marter advised of the materials that have been provided.

Case 4:23-cr-06027-RLP    ECF No. 131    filed 03/14/25    PageID.634    Page 2 of 2

Page - 2                              USA v. Valdovinos, et al.                              Status Conference

Mr. Mirr advised that his client is not joining in the Motion to Suppress but he and his client will be present at the hearing on Wednesday.  Mr. Hernandez will check with his client to see if he wants to be at the hearing.  If he does not, he will file a waiver of his presence at the hearing.

| CONVENED:  2:58 PM | ADJOURNED:  3:27 PM | TIME:  29 MINS | [ X ] ORDER FORTHCOMING |